Steven E. TARPLEY, Plaintiff–Appellant,

v.

Charlene Hetty TRENUM; Isais Tessema, Defendants–Appellees,

and

J. Michael Stouffer, Commissioner; David Barthalow; Frederick Nastri; Albert Earl Davis; Jon Galley; Bobby Shearin; Frank Bishop, Jr.; Donald Crowe; Douglas Devore; Tinnele Winters; Robert M. Friend; Ketterman, Lieutenant; O.W. Creek; W.D. Slate; Robert Huff; B.A. Wilt; John Doe, Sgt., H.U.–4; M.B. Garrison; S. Winebrenner; Jeffrey Shimko; Jeremy Linaburg; R. Gover; R. Graham; O.K. Berry; James Beeman; R. Shields; R. Goss; Milaney Liller; Barbara Newlon; Kathleen Greene, Warden; Bruce Bozman; Lt. Galligher; Major Maycock; Tyler, Capt., Mailroom Supervisor; Persinger; Scott S. Oakley, Defendants.

No. 11–6767.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 21, 2011.

Steven E. Tarpley, Appellant Pro Se. Philip Melton Andrews, Ryan Alexander Mitchell, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tarpley v. Trenum*, No. 1:10–cv–02140–BEL (D. Md. filed June 1, 2011, and entered June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*